RATHER v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. July 17, 1923.) No. 3796. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Ernest S. Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray; U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order dismissing writ of error and remanding record to the District Court, pursuant to stipulation of counsel reciting accidental death of plaintiff in error, R. C. Rather.

RHODES v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1923.) No. 3930. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Bryant & Bryant, of Paris, Tenn., and Rye & Neal, of Paris, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

SKAGGS et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3675. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for appellants. Otto C. Gartin, of Ashland, Ky., and Holt, Duncan & Holt, of Huntington, W. Va., for appellees.

PER CURIAM. Order reversing cause and remanding record to the District Court for further proceedings, on authority of the opinion of this court reported in 281 Fed. at pages 674 and following.

SMITH v. INVINCIBLE OIL CORPORATION. (Circuit Court of Appeals, Fourth Circuit. February 23, 1923.) No. 2036. Appeal from the District Court of the United States for the Eastern District of Virginia, at Richmond. Hiram M. Smith, of Richmond, Va., for appellant. Thos. B. Gay and Munford, Hunton, Williams & Anderson, all of Richmond, Va., and Martin Taylor, of New York City, for appellee.

PER CURIAM. Cause dismissed, under rule 23 (233 Fed. xiv, 146 C. C. A. xiv), on motion of appellee.

SOUTHERN RY. CO. v. WILLOUGHBY. (Circuit Court of Appeals, Sixth Circuit. March 6, 1923.) No. 3777. In Error to the District Court of the United States for the Eastern District of Tennessee; Sanford, Judge. Susong & Susong and Dana Harmon, all of Greeneville, Tenn., for plaintiff in error. Fred M. Lewis, of Johnson City, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

SPARKS et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3674. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for appellants. Holt, Duncan & Holt, of Huntington, W. Va., for appellees.

PER CURIAM. Order reversing cause and remanding record to the District Court for further proceedings, on authority of the opinion of this court reported in 281 Fed. at pages 674 and following.